*JUDGMENT*

**EXHIBIT "A"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Julia Basile,

        Plaintiff(s),    :    05CV10699(LMS)

    -against-    :    **JUDGMENT**

Walter Spagnola, Frances Rosales, Donny
Eschrich, Andrew Scarpulla, Richard Iuele,
and The New York State Thruway Authority,
        Defendant(s).
----------------------------------------------------------x



    Whereas, on April 26, 2007, the court having granted summary judgment and thereby dismissing the case as to Frances Rosales, Donny Eschrich, Andrew Scarpula, Richard Iuele and the New York State Thruway Authority, and thereafter the matter, on June 18, 2007, having been brought on for jury trial before the Honorable Lisa Margaret Smith, United States Magistrate Judge, and at the conclusion of the trial on June 21, 2007, the jury having handed down a verdict in favor of the plaintiff as against Walter Spagnola, in the amount of $150,000.00 in compensatory damages, and $50,000.00 in punitive damages, it is,

    ORDERED, ADJUDGED, AND DECREED: that the complaint be dismissed as to Frances Rosales, Donny Eschrich, Andrew Scarpulla, Richard Iuele, and the New York State Thruway Authority and; that plaintiff have judgment against Walter Spagnola in the sum of $200,000.00.

Dated: July 11, 2007
       White Plains, New York

Approved:

_____
    U.S.M.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

_____
    (Clerk)